| | | |
|---|---|---|
| Mr. Properties, | § | |
|     *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-19-62 |
| AmCap Mortgage Ltd., *et al.*, | § § § | |
|     *Defendants*. | § | |

## Order

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 13. The M&R recommends granting defendants Specialized Loan Servicing ("SLS") and FV-I's (in trust for Morgan Stanley Capital Holdings LLC) motion to dismiss (Dkt. 5). The M&R also recommends dismissing all claims against AmCap Mortgage Ltd. for lack of proper service.

Objections to the M&R were due on August 1, 2019, but no objections have been filed to date. *See* Dkt. 13. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 13). For the reasons stated in the M&R, SLS and FV-I's motion to dismiss (Dkt. 5) is GRANTED and the plaintiff's claims against SLS and FV-I are DISMISSED. The plaintiff's claims against AmCap Mortgage are DISMISSED WITHOUT PREJUDICE.

Signed at Houston, Texas on August 2, 2019.

_____
Gray H. Miller
Senior United States District Judge